U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 OCT 10 P 12:13
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEAN R. EVANSEN, <br><br> Defendant. | **18-CR-191** <br> Case No. 18-CR- <br> [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1), (b)(2), & (5)(B)] <br><br> **Green Bay Division** |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Between June 6, 2018, and September 13, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**SEAN R. EVANSEN**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography received by the defendant included digital images identified by the following partial file names:

| Partial File Names | Description |
|---|---|
| (pthc) NEW 2016 Pedo Childlover 8yo Daddy's Little Girl Pics JM 11.jpg | A digital image depicting a pre-pubescent female on her back with her legs spread apart exposing her genitals to the recording device. |
| (pthc) NEW 2016 Pedo Childlover 8yo Daddy's Little Girl Pics JM 14.jpg | A digital image depicting a naked from the waist down adult male and a pre-pubescent female positioned on her stomach facing the adult male. The adult male has his erect penis in the child's mouth and appears to be exerting pressure on the back of her head with his left hand. |

3. The defendant has a prior conviction under the laws of the State of Wisconsin related to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward; to wit: a conviction on June 19, 2000, in Calumet County Circuit Court, for the crime of First Degree Sexual Assault of a Child.

All in violation of Title 18, United States Code, Section 2252A(a)(2) & (b)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about September 13, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**SEAN R. EVANSEN**

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant included files identified by the following partial file names:

| Partial File Name | Description |
| --- | --- |
| 68.jpg | A digital image depicting a naked pre-pubescent female seated atop a wooden table with her legs spread apart exposing her genitals to the recording device. |
| img.272-1.jpg | A digital image depicting what appears to be a naked teenage female performing fellatio on a naked pre-pubescent boy. |

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) & (b)(2).

## FORFEITURE NOTICE

Upon conviction of either count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A TRUE BILL:

███████████
FOREPERSON

Dated: 10-10-18

MATTHEW D. KRUEGER
United States Attorney