UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



UNITED STATES OF AMERICA,

        Plaintiff,

v.

SEAN R. EVANSEN,

        Defendant.

Case No. 18-CR-191
[18 U.S.C. §§ 2252A(a)(5)(B)]

**Green Bay Division**

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. On or about September 13, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**SEAN R. EVANSEN**

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant included files identified by the following partial file names:

| Partial File Name | Description |
| --- | --- |
| 68.jpg | A digital image depicting a naked pre-pubescent female seated atop a wooden table with her legs spread apart exposing her genitals to the recording device. |

| Partial File Name | Description |
|---|---|
| img.272-1.jpg | A digital image depicting what appears to be a naked teenage female performing fellatio on a naked pre-pubescent boy. |

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

3/1/19
Date

*for* MATTHEW D. KRUEGER
United States Attorney